**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 26-mj-2640-CJS**

UNITED STATES OF AMERICA PLAINTIFF

vs.

PRESTON STRITTHOLT DEFENDANT

# ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon oral motion of the United States for Defendant's pretrial detention,

It is **ORDERED** that a detention hearing is set for **Tuesday, November 3, 2026, at 1:30 p.m.** before the undersigned at **Covington, Kentucky.** Pending this hearing, the Defendant shall be held in custody by the United States Marshals Service and produced for the hearing.

Signed this 21st day of October, 2026.

**Signed By:**
*Candace J. Smith* CJS
**United States Magistrate Judge**